**Hillary A. Brooks**, Oregon State Bar No. 012138
hillary.brooks@techlaw.com
**Delfina S. Homen**, Oregon State Bar No. 104088
delfina.homen@techlaw.com
MARGER JOHNSON & McCOLLOM, P.C.
210 SW Morrison Street, Ste. 400
Portland, Oregon  97204
Phone: (503) 222-3613
Fax:     (503) 274-4622

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **VEFXI CORPORATION**, an Oregon corporation,<br>**Plaintiff,**<br><br>v.<br><br>**JAVED BARKATULLAH**, an individual, and **BARKATECH CONSULTING, LLC**, an Oregon limited liability corporation,<br>**Defendants**. | Case No. 3:13-cv-02057-BR<br><br>Specially Appearing Defendant Javed Barkatullah's<br>MOTION TO DISMISS<br>Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 21<br>Request for Oral Argument |

### Certification Pursuant to LR 7-1(a)

The parties made a good faith effort through personal or telephone conferences to resolve the dispute and have been unable to do so.

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 21, specially appearing Defendant Javed Barkatullah ("Barkatullah") moves the Court for an Order dismissing all claims against Barkatullah with prejudice.

This motion is based on the grounds that:

1. Barkatullah is not a contracting party to either of the contracts that form the basis of Plaintiff's claims, and therefore Plaintiff has not stated and cannot state a claim to relief against Barkatullah that is plausible on its face; and

2. Pursuant to ORS § 63.165, Barkatullah is not personally liable for the claims set forth in Plaintiff's Complaint.

This Motion is supported by the Memorandum in Support submitted herewith and the Exhibits to Plaintiff's Complaint.

Dated this 20th day of November, 2013.

Respectfully submitted,

s/Hillary A. Brooks
Hillary A. Brooks, OSB No. 012138
Delfina S. Homen, OSB No. 104088
MARGER JOHNSON & McCOLLOM, P.C.
210 SW Morrison Street, Ste. 400
Portland, Oregon 97204
Telephone: (503) 222-3613
Facsimile: (503) 274-4622

**Attorneys for Defendants**
**JAVED BARKATULLAH**
**BARKATECH CONSULTING, LLC**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **Specially-Appearing Defendant Javed Barkatullah's MOTION TO DISMISS Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 21**

on:

>   Fred C. Nachtigal
>   NACHTIGAL, EISENSTEIN & ASSOCIATES
>   101 SW Washington Street
>   Hillsboro, OR 97123
>
>   J. Peter Staples
>   CHERNOFF VILHAUER LLP
>   601 SW Second Avenue, Suite 1600
>   Portland, OR 97204

by transmitting full, true, and correct copies thereof to the attorneys through the Court's CM/ECF system on the date set forth below.

Dated this 20th day of November, 2013.


By:    s/Delfina S. Homen
       Delfina S. Homen